October 2, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

MARY L. JAMES, Appellant

NO. 14-14-00673-CV                     V.

HOUSTON HOUSING AUTHORITY, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on March 10, 2014. Having considered the motion and found its jurisdictional argument meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Mary L. James.

We further order this decision certified below for observance.